**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7234**

———————

RANDY L. VALENTINE,

                                                    Plaintiff - Appellant,

        versus

THIERRY D. NETTLES, Major at Lieber
Correctional Institution, sued in his
individual capacity; JOHN CUSACK, Doctor at
Lieber Correctional Institution, sued in his
individual capacity; JOHN DOES, Officers, sued
in their individual capacities; JANE GARMANY,
Nurse at Gilliam Psychiatric Hospital, sued in
her individual capacity; ROBIN HANCOCK, Health
Counsel, sued in her individual capacity;
RICHARD FRIERSON, Doctor at Gilliam
Psychiatric Hospital, sued in his individual
capacity; BRIAN R. BLANTON, Doctor at Gilliam
Psychiatric Hospital, sued in his individual
capacity; JIM E. PAGE, Director-Hospital
Administrator at Gilliam Psychiatric Hospital,
sued in his individual capacity,

                                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence. Henry M. Herlong, Jr., District
Judge. (4:06-cv-02314-HMH)

———————

Submitted: December 20, 2007        Decided: December 27, 2007

———————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————————

Randy L. Valentine, Appellant Pro Se.  James E. Parham, Jr., Irmo, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Valentine appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Valentine v. Nettles</u>, No. 4:06-cv-02314-HMH (D.S.C. July 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>